UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Case No.   18-35276-CMG

Debtor    Nicholas Usuriello AND Pamela Usuriello    Chapter   7

## NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

Global Lending Services, LLC

LOCATION OF HEARING:   United States Courthouse
402 East State Street
Courtroom No. 3
Trenton, New Jersey 08608

DATE AND TIME:   March 5, 2019 at 12:00 pm

THE DEBTOR(S) MAY CONTACT THE  COURT AT (609)858-9370  WITHIN 5 DAYS OF THE HEARING DATE TO APPEAR BY PHONE OR REQUEST A MORE  CONVENIENT TIME

## NOTICE
## REAFFIRMATION AGREEMENT - FORM B2400A

The Director of the Administrative Office of the United States Courts has published a

recommended form of reaffirmation agreement, Form  B2400A .  This reaffirmation agreement form

is available on this court's website at www.njb.uscourts.gov.  Click on forms, then National

Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B2400A

prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Bruce W. Jackson
By Deputy Clerk

I hereby certify that  I mailed a copy of the above notice to each of the following:  Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)
Bruce W. Jackson
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-35276-CMG
Nicholas Usuriello                                                  Chapter 7
Pamela A. Usuriello
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 13, 2019
                              Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
db/jdb         +Nicholas Usuriello,    Pamela A. Usuriello,    42 Lincoln Court,    Keansburg, NJ 07734-1436
cr             +Global Lending Services, LLC,    14841 Dallas Parkway, Ste. 425,    Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
          Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren Brumel    on behalf of Debtor Nicholas  Usuriello wbrumel@keyportlaw.com,
           brumellawecf@gmail.com
          Warren Brumel    on behalf of Joint Debtor Pamela A. Usuriello wbrumel@keyportlaw.com,
           brumellawecf@gmail.com
                                                                                  TOTAL: 6