## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:

USURIELLO, NICHOLAS & PAMELA

Case No.: _____18-35276_____

Chapter: _____7_____

Judge: _____CMG_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S.  Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on _____03/26/19_____ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   42 Lincoln Ct., Keansburg, NJ
Value: $125,000.00

Liens on property:        Specialized Loan - $439,320.00

Amount of equity claimed as exempt:  ()

Objections must be served on, and requests for additional information directed to:

Name: ___/s/ Barry R. Sharer, Trustee___

Address: ___1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043___

Telephone No.: ___856-435-3200___

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-35276-CMG
Nicholas Usuriello                                                  Chapter 7
Pamela A. Usuriello
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Feb 26, 2019
                             Form ID: pdf905       Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db/jdb      +Nicholas Usuriello,   Pamela A. Usuriello,   42 Lincoln Court,   Keansburg, NJ 07734-1436
cr          +Global Lending Services, LLC,   14841 Dallas Parkway, Ste. 425,   Dallas, TX 75254-8067
517700838   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
             P.O Box 183853,   Arlington, TX 76096)
517943272   +GM Financial,   Bankruptcy Dept,   PO Box 183853,   Arlington, TX 76096-3853
517943273   +Green Grove Associates,   99 Green Grove Ave,   Keyport, NJ 07735-1976
517943274   +Hancock Arms Apartments,   14-20 Hancock St,   Keansburg, NJ 07734-2007
517943277   +Midland Funding LLC (Pearl Vision),   8875 Aero Drive,   Ste. 200,   San Diego, CA 92123-2255
517943279   +Pluese Becker & Saltzman,   20000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054-4318
517943280   +Specialized Loan Servicing LLC,   8742 Lucent Blvd,   Ste 300,   Littleton, CO 80129-2386
517943281   +The Home Depot,   PO Box 790328,   Saint Louis, MO 63179-0328
517943282    Wells Fargo Dealer Services,   Att: Bankruptcy,   PO Box 168048,   Irving, TX 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2019 00:03:55    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2019 00:03:53    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517943269   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2019 00:07:13    Care Credit,   GE Money Bank,
             Att: Bankruptcy Dept,   PO Box 103106,   Roswell, GA 30076-9106
517943270   +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2019 00:07:28    Credit One Bank,
             PO Box 98873,   Las Vegas, NV 89193-8873
517943271    E-mail/Text: bankruptcy@glsllc.com Feb 27 2019 00:02:41    Global Lending,   PO Box 10437,
             Greenville, SC 29603
517943275   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2019 00:07:53    JC Penney,   PO Box 103104,
             Roswell, GA 30076-9104
517943276    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2019 00:03:38    Lane Bryant,
             WFNNB, Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
517943278   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2019 00:07:13    Old Navy Synchrony Bank,
             Att: Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
517944698   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2019 00:07:53    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                           Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor  The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Feb 26, 2019
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
        as Trustee for certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25
        rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Warren  Brumel    on behalf of Debtor Nicholas  Usuriello wbrumel@keyportlaw.com,
       brumellawecf@gmail.com
      Warren  Brumel    on behalf of Joint Debtor Pamela A. Usuriello wbrumel@keyportlaw.com,
       brumellawecf@gmail.com

                                                           TOTAL: 7